IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL CASTONGUAY, | ) | 4:15CV3004 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICE, | ) | |
| MICHAEL KENNEY, Director, and | ) | |
| BRIAN GAGE, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 8). Leave to proceed in forma pauperis has already been requested and granted in this matter (*see* Filing Nos. 5 and 7). Accordingly,

IT IS ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 8) is denied as moot.

DATED this 29th day of January, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.